UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| PHARMACY CORPORATION OF AMERICA D/B/A PHARMERICA as Assignee of PHARMERICA CORPORATION <br><br> PLAINTIFF, <br><br> v. <br><br> NORTHAMPTON HEALTHCARE ASSOCIATES, LLC <br><br> DEFENDANT. | CIVIL ACTION NO. 3:11-cv-30220 <br><br> AGREED JUDGMENT |

Defendant Northampton Healthcare Associates, LLC ("Northampton") and Plaintiff PharMerica Corporation of America d/b/a PharMerica as Assignee of PharMerica Corporation ("PharMerica"), through counsel, having agreed to the terms of this Agreed Judgment, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED that Judgment shall enter against Northampton in favor PharMerica in the amount of $581,326.66. This Judgment shall earn interest at the statutory rate from the date it is entered until paid in full, but there shall be no prejudgment interest awarded.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that each party shall bear its own attorneys' fees and costs incurred to date, but that PharMerica shall be entitled to all reasonable attorneys' fees and costs in the collection or enforcement of this Judgment if PharMerica is otherwise entitled to said attorneys' fees and costs as a matter of law.

This is a final and appealable order.

DATE: 12.14.11

Michael B. Ponsor
JUDGE, UNITED STATES DISTRICT COURT

1

**AGREED AND APPROVED:**

/s/ Jeffrey E. Poindexter
Jeffrey E. Poindexter
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Telephone: (413) 272-6232
Fax: (413) 272-6805

-and-

*Of Counsel*

Benjamin C. Fultz
Jennifer M. Stinnett
FULTZ MADDOX HOVIOUS & DICKENS PLC
101 S. Fifth St., Suite 2700
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Fax: (502) 588-2020

*Counsel for Plaintiff*

/s/ James S. Singer
James S. Singer
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
Telephone: (617) 723-7700
Fax: (617) 227-0313

*Counsel for Defendants*